## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Medina, Caroline D

Printed: 10/9/07

Case Number:  05 B 02046
Judge:  Wedoff, Eugene R

Filed:  1/21/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Completed: June 25, 2007
Confirmed: March 3, 2005

### SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 33,211.18 |  |
| Secured: |  | 12,764.22 |
| Unsecured: |  | 18,224.31 |
| Priority: |  | 0.00 |
| Administrative: |  | 493.00 |
| Trustee Fee: |  | 1,729.64 |
| Other Funds: |  | 0.01 |
| Totals: | 33,211.18 | 33,211.18 |

### DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Stuart B Handelman | Administrative | 0.00 | 0.00 |
| 2. | Stuart B Handelman | Administrative | 493.00 | 493.00 |
| 3. | Ameriquest Mortgage Company | Secured | 0.00 | 0.00 |
| 4. | American General Finance | Secured | 9,337.16 | 9,337.16 |
| 5. | Ameriquest Mortgage Company | Secured | 2,682.90 | 2,682.90 |
| 6. | American General Finance | Secured | 744.16 | 744.16 |
| 7. | ECast Settlement Corp | Unsecured | 2,947.19 | 2,947.19 |
| 8. | Resurgent Capital Services | Unsecured | 372.77 | 372.77 |
| 9. | Trinity Hospital | Unsecured | 5,219.76 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 9,684.59 | 9,684.59 |
| 11. | Trinity Hospital | Unsecured | 5,219.76 | 5,219.76 |
| 12. | SBC | Unsecured |  | No Claim Filed |
| 13. | Merchants Credit Guide | Unsecured |  | No Claim Filed |
| 14. | Merchants Credit Guide | Unsecured |  | No Claim Filed |
| 15. | Marshall Field & Company | Unsecured |  | No Claim Filed |
| 16. | Mutual Hospital Services/Alverno | Unsecured |  | No Claim Filed |
| 17. | AT&T | Unsecured |  | No Claim Filed |
| 18. | Midwest Physician Group | Unsecured |  | No Claim Filed |
| 19. | Dr Gabriel Uta | Unsecured |  | No Claim Filed |
| 20. | Advocate Christ Hospital | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 36,701.29 | $ 31,481.53 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4% | 108.92 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Medina, Caroline D

Printed: 10/9/07

Case Number:  05 B 02046
Judge:  Wedoff, Eugene R
Filed:  1/21/05

|  |  |
|---:|---:|
| 3% | 62.45 |
| 5.5% | 1,530.43 |
| 4.8% | 27.84 |
|  | _____ |
|  | $ 1,729.64 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_